IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| M.C., individually and on behalf of all similarly situated persons, ) ) ) | |
| Plaintiff, ) ) | Case No.   3:24-cv-01336NJR |
| v. ) ) | |
| EAST SIDE HEALTH DISTRICT and ELIZABETH PATTON-WHITESIDE, ) ) ) | |
| Defendants. ) | |

## MOTION FOR ORAL ARGUMENT

Pursuant to Rule 11.1(b) of the Rules of Procedure, Plaintiff M.C., individually and on behalf of all similarly situated persons respectfully submits this request that oral argument be heard on Defendants' pending Motion to Dismiss. The issues of the litigation are such that oral argument will benefit the Court in its deliberations and ultimate decision-making role. As there is disagreement between the parties as to Defendants' Motion to Dismiss and raises issues that are particularly appropriate for argument. Defendants have been contacted regarding the request for the Oral Argument and have no opposition to the same.

WHEREFORE, Plaintiff M.C individually and on behalf of all others similarly situated, respectfully requests that this Court Order to hear Oral Arguments on Defendants' Motion to Dismiss.

Respectfully submitted,

*/s/ Gary M. Klinger*_____
*Gary M. Klinger (IL Bar No. 6303726)*
*MILBERG COLEMAN BRYSON*
*PHILLIPS GROSSMAN PLLC*
*227 W. Monroe Street, Suite 2100*
*Chicago, Illinois 60606*
*Tel: (866) 242-0878*
*Email: gklinger@milberg.com*

_____
Maureen M. Brady      MO#57800
Lucy McShane          MO#57957
MCSHANE & BRADY, LLC
1656 Washington Street, Suite 120
Kansas City, MO 64108
Telephone:  (816) 888-8010
Facsimile:  (816) 332-6295
E-mail: mbrady@mcshanebradylaw.com
        lmcshane@mcshanebradylaw.com
**ATTORNEYS FOR PLAINTIFF**

2

## CERTIFICATE OF SERVICE

      I hereby certify that a copy of the above and foregoing was served via ECF, mailed, emailed, and/or faxed this 12th day of December 2024 to:

Maria Boelen
**BAKER & HOSTETLER LLP**
One North Wacker Drive, Suite 3700
Chicago, Illinois 60606
mboelen@bakerlaw.com
Telephone: (312) 416-6200

Adama K. Wiltshire IL ARDC# 6324855
John P. Hutchins (*pro hac vice forthcoming*)
**BAKER & HOSTETLER LLP**
1170 Peachtree Street, Suite 2400
Atlanta, GA 3030
jhutchins@bakerlaw.com
awiltshire@bakerlaw.com
Telephone: (404) 459-0050

*Counsel for Defendants East Side Health District and Elizabeth Patton-Whiteside*

_____
Attorney for Plaintiff