IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **MIKIA CONNOR, Individually and on behalf of all similarly situated Persons,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**EAST SIDE HEALTH DISTRICT,**<br><br>**Defendant.** | **Case No. 3:24-CV-01336-NJR** |

# JUDGMENT IN A CIVIL ACTION

**DECISION BY THE COURT.**

This matter having come before the Court, and the Court having rendered a decision,

**IT IS ORDERED AND ADJUDGED** that pursuant to the parties' stipulation of dismissal dated June 4, 2026 (Doc. 68), this entire action is **DISMISSED with prejudice** pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), with each party to bear its own costs.

**DATED: June 5, 2026**

**MONICA A. STUMP,**
**Clerk of Court**

**By:** Deana Brinkley
**Deputy Clerk**

**APPROVED:** Nancy J. Rosenstengel
**NANCY J. ROSENSTENGEL**
**United States District Judge**